# UNITED STATES DISTRICT COURT

for the

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PARTICLE HEALTH INC.** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | )  Civil Action No. 1:24-cv-07174-NRB |
| | ) |
| **EPIC SYSTEMS CORPORATION** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

Daryl Oestreich, being duly sworn, deposes and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of Wisconsin.That on September 24, 2024, at 2:49 pm at 1979 Milky Way, Verona, WI 53593, Deponent served the within Summons, Cover Sheet, Summons, Rule 7.1 Statement, ECF Filing Rule & Instructions, Judge Parker's Individual Rules , Judge Buchwald Individual Rules, Complaint, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Epic Systems Corporation (hereinafter referred to as "subject") by leaving the following documents with Jordan Corning who as Deputy Legal Counsel is authorized by appointment or by law to receive service of process for Epic Systems Corporation.

White Male, est. age 35-44, glasses: N, Brown hair, 240 lbs to 260 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=42.9945484,-89.5657195
Photograph: See Exhibit 1

Total Cost: $229.70

☐ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

**Signature**
Server Name: Daryl Oestreich
License#:

Subscribed and sworn to before
me this 25 day of
Sep t . 2024, by
Daryl Oes treich .
Witness my hand and official
seal.

Notary Public

My commission expires:
7/21/26



PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA



Exhibit 1a)

