AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Particle Health Inc., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-07174-NRB |
| Epic Systems Corporation, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Epic Systems Corporation.

Date: 10/15/2024

/s/ Lauren A. Moskowitz
*Attorney's signature*

Lauren A. Moskowitz - 4374641
*Printed name and bar number*

Cravath, Swaine & Moore LLP
375 Ninth Avenue
New York, NY 10001
*Address*

lmoskowitz@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*