UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARTICLE HEALTH INC.,

                      Plaintiff,

        vs.                                Civil Action No. 1:24-cv-07174-NRB

EPIC SYSTEMS CORPORATION,

                      Defendant.

## **RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Epic Systems Corporation certifies the following:

Defendant Epic Systems Corporation has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: October 15, 2024                      Respectfully Submitted,

                                                      */s/ Lauren A. Moskowitz*
                                                      Lauren A. Moskowitz
                                                     Margaret T. Segall
                                                      Lauren M. Rosenberg
                                                      **CRAVATH, SWAINE & MOORE LLP**
                                                      Two Manhattan West
                                                      375 Ninth Avenue
                                                      New York, NY 10011
                                                      Telephone: (212) 474-1000
                                                      lmoskowitz@cravath.com
                                                      msegall@cravath.com
                                                      lrosenberg@cravath.com

                                                      *Attorneys for Defendant Epic Systems Corporation*