AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Particle Health Inc., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-07174-NRB |
| Epic Systems Corporation, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Particle Health Inc.

Date: 10/18/2024

/s/ Lauren Beck
*Attorney's signature*

Lauren Beck - 5808464
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Address*

laurenbeck@quinnemanuel.com
*E-mail address*

(212) 849-7354
*Telephone number*

(212) 849-7100
*FAX number*