AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | ) |
|---|---|
| Particle Health Inc., | ) |
| *Plaintiff* | ) |
| v. | )  Case No. 1:24-cv-07174-NRB |
| Epic Systems Corporation, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Particle Health Inc.

Date: 10/21/2024

/s/ Kathryn Bonacorsi
*Attorney's signature*

Kathryn Bonacorsi - 5349907
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Address*

kathrynbonacorsi@quinnemanuel.com
*E-mail address*

(212) 849-7000
*Telephone number*

(212) 849-7100
*FAX number*