# CRAVATH

Lauren A. Moskowitz
lmoskowitz@cravath.com
T+1-212-474-1648
New York

November 25, 2024

<u>Particle Health Inc. v. Epic Systems Corporation</u>, 24-cv-07174-NRB

Dear Judge Buchwald:

I represent Epic Systems Corporation ("Epic") in the above-captioned matter and write on behalf of both Epic and Particle Health Inc. ("Particle").  As discussed during the November 21, 2024 pre-motion conference, counsel for the parties have conferred and agreed on a briefing schedule for Epic's motion to dismiss.  The parties also have reached agreement and jointly request an extension of page limits for the briefing on that motion.  The parties' proposed briefing schedule and applicable page limits are as follows:

- **December 19, 2024**:  Deadline for Epic to file its motion to dismiss (not to exceed 35 pages)

- **January 9, 2025**:  Deadline for Particle to file its opposition to Epic's motion to dismiss (not to exceed 35 pages)

- **January 24, 2025**:  Deadline for Epic to file its reply in support of its motion to dismiss (not to exceed 15 pages)

The parties respectfully request that the Court issue an Order setting these deadlines and approving the requested page limits.

Respectfully submitted,

/s/ Lauren A. Moskowitz

Lauren A. Moskowitz

The Honorable Naomi Reice Buchwald
    United States Courthouse
        500 Pearl St.
            New York, NY 10007-1312

Copies To:

All Counsel of Record

BY ECF

**NEW YORK**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP