UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARTICLE HEALTH INC., <br><br> Plaintiff, <br><br> vs. <br><br> EPIC SYSTEMS CORPORATION, <br><br> Defendant. | Civil Action No. 1:24-cv-07174-NRB <br><br> ORAL ARGUMENT REQUESTED |

# EPIC SYSTEMS CORPORATION'S NOTICE OF
# MOTION TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying (1) Memorandum of Law in Support of Epic Systems Corporation's ("Epic") Motion to Dismiss Particle Health Inc.'s ("Particle") Complaint and accompanying appendix, and (2) Declaration of Lauren A. Moskowitz in Support of Epic's Motion to Dismiss the Complaint and the exhibits thereto, Epic hereby moves this Court for an Order dismissing all claims in Particle's Complaint with prejudice pursuant to Rule 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure, and granting such other and further relief as this Court deems just and proper.

Dated: December 19, 2024          Respectfully Submitted,

*/s/ Lauren A. Moskowitz*
Lauren A. Moskowitz
Margaret T. Segall
Lauren M. Rosenberg
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10011
Telephone: (212) 474-1000
lmoskowitz@cravath.com
msegall@cravath.com
lrosenberg@cravath.com

*Attorneys for Defendant Epic Systems Corporation*