UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARTICLE HEALTH INC.,

                              Plaintiff,

        vs.                          Civil Action No. 1:24-cv-07174-NRB

EPIC SYSTEMS CORPORATION,

                              Defendant.

### DECLARATION OF LAUREN A. MOSKOWITZ IN SUPPORT OF EPIC SYSTEMS CORPORATION'S MOTION TO DISMISS THE COMPLAINT

I, Lauren A. Moskowitz, declare as follows:

      1.      I am an attorney at Cravath, Swaine & Moore LLP and counsel for Epic Systems Corporation ("Epic") in this litigation.  I am an active member of the Bar of the State of New York and am admitted to practice before this Court.

      2.      I make this declaration based upon my knowledge of the facts stated herein, and if called to testify, I could and would do so competently.  I submit this declaration in support of Epic's Motion to Dismiss Particle Health Inc.'s Complaint:

      3.      Attached hereto as **Exhibit 1** is a true and complete copy of a document titled "Carequality Dispute:  Final Resolution (Redacted)" with the subtitle "Epic – Particle Health Dispute", dated October 3, 2024.  The document contains a footer that states that it was "Redacted for Public Release".

      4.      Attached hereto as **Exhibit 2** is a true and complete copy of a document titled "Issue Notification" with the subtitle "Third-Party Security and Privacy Risk", dated April 10, 2024.

5.      Attached hereto as **Exhibit 3** is a true and complete copy of an email with the subject line "Inappropriate Disclosures to Integritort via Particle Health", dated June 28, 2024.

6.      I declare under penalty of perjury that the foregoing is true and complete, and that I executed this declaration on December 19, 2024, in New York, New York.

| | |
|---|---|
| Dated:  December 19, 2024 | Respectfully Submitted, |
| | /s/ Lauren A. Moskowitz<br>Lauren A. Moskowitz<br>**CRAVATH, SWAINE & MOORE LLP**<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10011<br>Telephone:  (212) 474-1000<br>lmoskowitz@cravath.com |
| | *Attorney for Defendant Epic Systems Corporation* |

2