UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

PARTICLE HEALTH INC.          Plaintiff,

-against-

EPIC SYSTEMS CORPORATION      Defendant.
--------------------------------------------------------

Case No. 24-CV-07174

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Kathryn D. Bonacorsi
_____
FILL IN ATTORNEY NAME

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Quinn Emanuel Urquhart & Sullivan, LLP
              FIRM ADDRESS: 51 Madison Avenue, Fl 22, New York, NY 10010
              FIRM TELEPHONE NUMBER: (212) 849-7000
              FIRM FAX NUMBER:_____

NEW FIRM:     FIRM NAME: Quinn Emanuel Urquhart & Sullivan, LLP
              FIRM ADDRESS: 295 5th Avenue, New York, NY 10016
              FIRM TELEPHONE NUMBER: (212) 849-7000
              FIRM FAX NUMBER:_____

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:   01/03/2025                        /s/ Kathryn D. Bonacorsi
                                           ATTORNEY'S SIGNATURE