UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

PARTICLE HEALTH INC.    Plaintiff,    Case No. 24-CV-07174

-against-

EPIC SYSTEMS CORPORATION    Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending    ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Lauren N. Beck_____
FILL IN ATTORNEY NAME

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Quinn Emanuel Urquhart & Sullivan, LLP
            FIRM ADDRESS: 51 Madison Avenue, Fl 22, New York, NY 10010
            FIRM TELEPHONE NUMBER: (212) 849-7000
            FIRM FAX NUMBER:_____

NEW FIRM:    FIRM NAME: Quinn Emanuel Urquhart & Sullivan, LLP
            FIRM ADDRESS: 295 5th Avenue, New York, NY 10016
            FIRM TELEPHONE NUMBER: (212) 849-7000
            FIRM FAX NUMBER:_____

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:    01/03/2025

/s/ Lauren N. Beck_____
ATTORNEY'S SIGNATURE