**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

(212) 805-0194

September 18, 2025

Lauren A. Moskowitz
Cravath, Swaine & Moore LLP
375 Ninth Avenue
Two Manhattan West
New York, NY 10001

Adam Bryan Wolfson
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
Los Angeles, CA 90017

**Re: Particle Health Inc. v. Epic Systems Corporation**
**24 Civ. 7174 (NRB)**

Dear Counsel:

    The Court is in receipt of defendant's letter of September 15, 2025, ECF No. 43, and email to Chambers of September 18, 2025. This is to advise the parties that defendant need not respond to the operative complaint until the Court has resolved the dispute set out in defendant's September 15 letter.

Very truly yours,

Naomi Reice Buchwald
United States District Judge

cc: All counsel of record (by ECF)