**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

(212) 805-0194

October 3, 2025

Lauren A. Moskowitz
Cravath, Swaine & Moore LLP
375 Ninth Avenue
Two Manhattan West
New York, NY 10001

Adam B. Wolfson
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
Los Angeles, CA 90017

Re: **Particle Health Inc. v. Epic Systems Corporation**
       24 Civ. 7174 (NRB)

Dear Counsel:

The Court is in receipt of defendant's letters of September 15, 2025 and September 19, 2025, ECF Nos. 43, 46, and plaintiff's letter of September 18, 2025, ECF No. 45, concerning the parties' competing interpretations of the Court's instructions in its Memorandum and Order dated September 5, 2025, ECF No. 42 (the "Order"). The Court struggles to comprehend the parties' apparent confusion, given the Order's explicit directive that the parties schedule and complete "focused," "narrow," and "limited" discovery solely addressing three issues identified in the Order relating to market definition. Order at 30-31, 69. If, after receiving this letter and completing the meet and confer process, specific discovery disputes arise between the parties as to the three "narrow subjects," the Court is prepared to address them.

Having additionally reviewed the parties' arguments regarding whether and when defendant must file an answer to plaintiff's complaint, defendant is directed to file an answer to plaintiff's complaint within 30 days of this letter. However, discovery remains restricted to the three "narrow subjects" related to market definition in accordance with the Court's Order. Order at 30-31, 69. Furthermore, to achieve the Court's intent in its September 5, 2025 Memorandum and Order, no motions may be made with respect to the defendant's answer unless and until the Court grants leave to do so.

**NAOMI REICE BUCHWALD**  (212) 805-0194
**UNITED STATES DISTRICT JUDGE**

                                    Very truly yours,

                                    Naomi Reice Buchwald
                                    United States District Judge

cc: All counsel of record (by ECF)