**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**　　　　　　　　　　　　　　　　　　　　　　　(212) 805-0194
**UNITED STATES DISTRICT JUDGE**

November 5, 2025

Lauren A. Moskowitz
Cravath, Swaine & Moore LLP
375 Ninth Avenue
Two Manhattan West
New York, NY 10001

Adam B. Wolfson
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
Los Angeles, CA 90017

Re: **Particle Health Inc. v. Epic Systems Corporation**
24 Civ. 7174 (NRB)

Dear Counsel:

     Having issued a second order on October 3, 2025, ECF No. 47, the Court thought that no further explication of the Court's direction that the initial period of discovery was limited to three specific topics would have been necessary. The Court contemplated that upon the completion of ordered limited discovery, the parties would present to the Court their proposals for next steps based at least in part on what had been learned from the initial limited discovery. Accordingly, the discussion in the parties' letters of October 22, 27, and 29, ECF Nos. 50-52, is premature.

                        Very truly yours,

                        Naomi Reice Buchwald
                        United States District Judge

cc: All counsel of record (by ECF)