November 12, 2025

VIA ECF

The Honorable Naomi Reice Buchwald
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Particle Health Inc. v. Epic Systems Corporation*, 1:24-cv-07174-NRB (S.D.N.Y.)

Dear Judge Buchwald:

We write jointly on behalf of Plaintiff Particle Health Inc. ("Particle") and Defendant Epic Systems Corporation ("Epic") to submit a proposed schedule for the initial limited discovery ordered by the Court. Dkt. 42 at 31, 69. After meeting and conferring, the Parties have agreed upon a proposed set of dates for this discovery period, at the end of which the Parties will "present to the Court their proposals for next steps," as contemplated by the Court. Dkt. 54.

The Parties propose the following dates to govern this discovery period:

| Event | Date |
| --- | --- |
| Initial Disclosures | Nov. 17, 2025 |
| Search Methodologies Agreement (or Impasse) | Dec. 8, 2025 |
| Motion to Compel re: Scope of Production, If Any, Due | Dec. 15, 2025 |
| Substantial Completion of Document Discovery | Feb. 13, 2026 |
| Completion of Document Discovery | Mar. 13, 2026 |
| Motion to Compel re: Written/Document Discovery, If Any, Due | Mar. 20, 2026 |
| Fact Discovery Cut-Off | Apr. 2, 2026 |
| Parties Meet and Confer re: Proposal of Next Steps | Apr. 9, 2026 |
| Parties Submit Letters re: Proposed Next Steps | Apr. 16, 2026 |

*So Ordered.*
*Naomi Reice Buchwald, USDJ*
*11/13/25*

The Parties thank the Court for its attention to this matter and are available at the Court's convenience to discuss these dates or any other issues.

Respectfully submitted,

/s/ Adam B. Wolfson
Adam B. Wolfson
*Counsel for Plaintiff Particle Health Inc.*

/s/ Lauren A. Moskowitz
Lauren A. Moskowitz
*Counsel for Defendant Epic Systems Corporation*