December 17, 2025

<u>Via ECF</u>

The Honorable Naomi Reice Buchwald
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Particle Health Inc. v. Epic Systems Corporation*, 1:24-cv-07174-NRB (S.D.N.Y.)

Dear Judge Buchwald:

      We write jointly on behalf of Plaintiff Particle Health Inc. ("Particle") and Defendant Epic Systems Corporation ("Epic") to submit a Proposed Order regarding the discovery of Electronically Stored Information ("ESI") in this matter. After meeting and conferring, the Parties have agreed upon certain terms to govern the search for and production of ESI. Accordingly, the parties hereby jointly request that the Court enter the attached proposed ESI Order.

      This ESI Order is independent of, and proposed without waiver to, the Letter Motion to Compel filed by Particle on December 15, 2025, Dkt. 57, which Epic will be opposing.

      The Parties thank the Court for its attention to this matter and are available at the Court's convenience to discuss this ESI Order or any other issues.

Respectfully submitted,

| */s/ Adam B. Wolfson* | */s/ Lauren A. Moskowitz* |
|---|---|
| Adam B. Wolfson | Lauren A. Moskowitz |
| *Counsel for Plaintiff Particle Health Inc.* | *Counsel for Defendant Epic Systems Corporation* |