**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD** (212) 805-0194
**UNITED STATES DISTRICT JUDGE**

January 9, 2026

Lauren A. Moskowitz
Cravath, Swaine & Moore LLP
375 Ninth Avenue
Two Manhattan West
New York, NY 10001

Adam B. Wolfson
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
Los Angeles, CA 90017

Re: **Particle Health Inc. v. Epic Systems Corporation**
24 Civ. 7174 (NRB)

Dear Counsel:

    Having considered the parties' submissions of December 15, 2025, December 22, 2025, and December 24, 2025, ECF Nos. 57, 60, 61[1], the Court has concluded that defendant should produce documents from 2021 for the six custodians whose records defendant has agreed are relevant to the three Phase I topics.  However, the Court rejects plaintiff's request that defendant produce documents for the four additional custodians (Ms. Faulkner, Mr. Howard, Mr. Klootwyk, and Ms. O'Brien).

    Very truly yours,

    Naomi Reice Buchwald
    United States District Judge

cc: All counsel of record (by ECF)

---

[1] In the future, the parties are reminded of the Court's Individual Practice 2(B) and Local Civil Rule 37.2.  There is no exception in the Court's Individual Practice 2(B) for discovery motions.