# Exhibit B

**Epic Search Term Hit Report (dated December 11, 2025)**

| | |
|---|---|
| **Total Documents with Hits** | 38,349 |
| **Documents with Hits + Families** | 57,959 |
| **Date Range** | 01/01/2022 - 10/01/2025 |
| **Custodians:** | Derek DeYoung, Jim McDermott, Patrick Schenk, Alan Hutchison, Ryan Bohochik, Karsten Smith |

| Terms | Documents With Hits | Documents With Hits + Family | Unique Hits |
|---|---|---|---|
| "particle" AND "compet*" | 291 | 464 | 60 |
| "particle" W/50 ("entry" OR "launch*" OR "entran*" OR "threat*" OR "win loss" OR "win/loss" OR "rival*" OR "start*" OR "new" OR "payer*") | 933 | 1,228 | 569 |
| ("strateg*" OR "plan" OR "policy" OR "approach" OR "program*" OR "product*") W/50 "particle" | 379 | 562 | 99 |
| ("EPP" OR "payer platform") AND "Particle" | 230 | 398 | 11 |
| ("EPP" OR "payer platform" OR "PP") w/10 ("challeng*" OR "evaluat*" OR "opportunit*" OR "possibilit*" OR "payvider" OR "pay-vider" OR "advantage*" OR "benefit*" OR "option" OR "options" OR "superior*" OR "differentiat*" OR "improve*" OR "innovate*" OR "cutting*" OR "dominat*" OR "novel") | 23,385 | 39,758 | 13,689 |
| ("EPP" OR "payer platform") w/25 ("market*") | 3,661 | 8,482 | 1,450 |
| ("EPP" OR "payer platform") W/15 ("opportunit*" OR (compet* W/15 (strateg* OR plan* OR objective*))) | 6,803 | 10,763 | 832 |
| ("EPP" OR "payer platform") W/20 ("moxe" OR "datavant" OR "redox" OR "cerner" OR "oracle" OR "rhyme" OR "availity" OR "intersystems" OR "eclinicalworks" OR "healow insights" OR "inovalon" OR "curative" OR "clover" OR "kno2" OR "healthshare" OR "ciox" OR "change health*" OR "cotiviti" OR "athena*" OR "upmc" OR "oak street" OR "reveleer" OR "rhapsody" OR "accolade" OR "plushcare" OR "yuvo") | 4,371 | 11,752 | 2,810 |
| ("EPP" OR "payer platform") W/10 ("payvider" OR "pay-vider" OR "blue cross" OR "blue shield" OR "bcbs" OR "aetna" OR "anthem" OR "elevance" OR "humana" OR "highmark" OR "optum") W/25 ("retriev*" OR "storage" OR "analytics" OR "scale" OR "scaling" OR "centraliz*") | 600 | 1,183 | 273 |
| ("EPP" OR "payer platform") W/40 ("compet*" OR "threat*" OR "replac*" OR "substitut*" OR (market W/3 share)) | 4,800 | 6,947 | 2,417 |
| ("EPP" or "payer platform") W/15 ("HEDIS" OR "value based care" OR "vbc" OR "gaps in care" OR "quality score*" OR "value based initiative*" OR "care gap data" OR "close care gap*" OR "care management strategy") | 5,978 | 11,130 | 3,209 |
| ("EPP" OR "payer platform") W/40 (("price" OR "pricing" OR functionalit*) W/5 ("strateg*" OR "methodolog*" OR "analys*")) | 270 | 512 | 156 |
| ("EPP" OR "payer platform") W/50 (("win" OR "won" OR "winning") W/5 ("lose" OR "loss" OR "losing")) | 10 | 12 | 8 |
| ("EPP" OR "payer platform") W/10 "flag" | 1,432 | 2,044 | 865 |
| (("EPP" OR "payer platform") W/10 ("storage" OR "analytics" OR "data exchange" OR "record exchange")) W/20 ("feature*" OR "functionalit*") | 1,195 | 2,539 | 303 |