**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

NAOMI REICE BUCHWALD                                                    (212) 805-0194
UNITED STATES DISTRICT JUDGE

April 29, 2026

Lauren A. Moskowitz
Cravath, Swaine & Moore LLP
375 Ninth Avenue
Two Manhattan West
New York, NY 10001

Adam B. Wolfson
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
Los Angeles, CA 90017

**Re: Particle Health Inc. v. Epic Systems Corporation**
**24 Civ. 7174 (NRB)**

Dear Counsel:

     In connection with the parties' debate set forth in the letters dated March 20, March 25, and March 26, 2026, ECF Nos. 67, 70, and 71, and as discussed during the April 14, 2026 teleconference, the Court has completed an in-camera review of a random subset of the 225 documents identified and withheld by defendant as non-responsive.   Having done so, the Court finds defendant's withholding to be entirely appropriate and sees no basis to require production of any of those documents.

Very truly yours,

Naomi Reice Buchwald
United States District Judge

cc: All counsel of record (by ECF)