# Exhibit 16

**∧KLAS** RESEARCH | *Healthcare IT Insights*



## Segment Insights

# Data Analytics Platforms for Payers 2025

## An Initial Look at Validated Capabilities & Customer Experience

April 2025

KLAS0001



# Table of Contents

**2**    Executive Insights

**8**    Expanded Insights

**10**    Vendor Insights

11    Clarify Health Solutions
12    MedeAnalytics
13    MedInsight

**14**    Data Index

KLAS0002



# Executive Insights

KLAS0003

# Data Analytics Platforms for Payers 2025

## An Initial Look at Validated Capabilities & Customer Experience

Faced with the financial and staffing constraints currently pervasive in healthcare, payer organizations are continually looking to reduce costs and improve outcomes for their members. To do so, many payer organizations are relying on data analytics solutions to provide strong data visibility, which helps them create efficiencies and make more informed decisions. This report is KLAS' initial look at payer customer experiences with data analytics vendors, including the breadth of adopted capabilities and the key factors impacting satisfaction. The report shares performance data for three of the vendors included in KLAS' 2024 vendor guide, in which data analytics vendors were asked to self-report their areas of focus. KLAS intends to collect data on additional vendors and include them in future reports (see page 5).

### Vendors at a Glance

**Adopted capabilities**
Percentage of respondents who report using capability

◌ 0%    ◉ 1%–25%    ● 26%–50%    ● 51%–75%    ● 76%–100%    Hollow circle=limited data



| | Overall performance score (100-point scale) | | Analytics† | Advanced analytics† | Data ingestion | Data management | Other | Avg. # of capabilities in use |
|---|---|---|---|---|---|---|---|---|
| MedeAnalytics | (n=) 87.1 | (n=6) | ● | ● | ● | ● | — | 3.0 |
| MedInsight | (n=9) 85.8 | (n=9) | ● | ● | ● | ● | ◉ | 3.5 |
| *Limited data | | | | | | | | |
| Clarify Health Solutions‡ | (n=) 89.3 | (n=4) | ○ | ◉ | ◉ | ◌ | — | 2.3 |

50.0    Market average †    100.0

Note: "Other" includes the use of the data mart (the SQL server) for queries.
† Analytics includes front-end visual displays of data that inform decision-making, while advanced analytics includes predictive analytics and machine learning/natural language processing.
‡ Clarify Health Solutions' sample includes both payer organizations and healthcare organizations.

## MedInsight Customers Report Broadest Adoption of Capabilities; Slow Transition to Cloud-Based Platform Driving Some Dissatisfaction

**MedInsight**—the 2025 Best in KLAS winner for Data Analytics Platforms (Payer)—has a large payer customer base and, on average, these organizations report broader adoption of capabilities than other customer bases examined in this report. In particular, analytics, advanced analytics, data ingestion, and data management are highly adopted. Respondents appreciate the solution's ease of use and the transparency into the back end of data. Most highlight the vendor's risk scoring through the Milliman Advanced Risk Adjusters tool, which is reported to provide strong visibility into population health and risk stratification metrics. Additionally, the tools for utilization management, employer group insights, financial performance, and claims analysis are reported to work well. The vendor is often highlighted for their partnership in their support; their account managers regularly engage and align themselves with customers. MedInsight's new cloud-based platform is of high interest to customers—a few interviewed customers report having migrated to it, and they appreciate the platform's quicker access to data. However, some have been waiting significantly longer than expected to transition and want the vendor to provide more realistic timelines. Additionally, a few respondents want improved out-of-the-box training, though they say the vendor supports them and answers questions when needed.

> "MedInsight definitely educates us on the limitations if there are any before we go into anything new. They recently asked us to move to the cloud; in terms of education, when we ask questions, the vendor is definitely there to support us. But the documentation about the transition could be better." —Director

KLAS0004

## MedeAnalytics Customers Appreciate Responsive Support; Some Want a More Proactive Partnership to Further Drive Outcomes

Interviewed **MedeAnalytics** customers are satisfied with the system and its capabilities and report fairly broad adoption of functionality. Notably, all respondents use the data-ingestion capabilities to tie multiple claims to a single admission. Additionally, there is high adoption of the tool's analytics—a majority of respondents use the basic analytics to identify cost drivers for financial and utilization reporting, and half use the tool's predictive analytics. Respondents speak highly of the vendor's support people, especially their account managers, who are reported to be quick, responsive, and knowledgeable and are able to effectively resolve issues. While generally satisfied, interviewed customers often point to opportunities for improvement, especially a need for more proactive guidance on regulatory updates and how to achieve more tangible outcomes with the product. Additionally, one respondent said they want the solution to provide more recommendations on lowering costs and improving health outcomes. Some dissatisfaction is also driven by training—two respondents opted out of the vendor's training because in the past, it wasn't helpful for their specific needs and the trainers lacked necessary expertise.

> "Overall, our experience with MedeAnalytics has been fairly positive. MedeAnalytics' technical support people have been good, and they are responsive to our issues. They correct our problems. If they are introducing new technology, we are not aware of it. I don't know how the vendor's people are correcting our issues, but they respond. We haven't really done any training with MedeAnalytics in the last year, but I don't think we have had an extreme need for that." —Director

### Training & Outcomes (1–9 scale)



Quality of training — Drives tangible outcomes

| | | |
|---|---|---|
| MedInsight | (n=13) | 7.0 |
| | | 7.8 |
| MedeAnalytics | (n=8) | 6.4* |
| | | 7.6 |
| *Limited data | | |
| Clarify Health Solutions | (n=5) | 7.8* |
| | (n=4) | 8.5 |

5.0    Market average    Market average    9.0

## Strong Service Drives Satisfaction for Clarify Health Solutions* Customers

**Clarify Health Solutions*** respondents (both payer and healthcare organizations) generally report narrow adoption of the system; they primarily focus on analytics that help improve visibility into provider benchmarking, network management, and referral management. Overall, respondents are satisfied, reporting strong vendor relationships, high-quality support, and a customizable solution that works well. Interviewed customers say that to be successful with the system, they had to buy multiple modules that each came with a separate charge. This generally hasn't led to dissatisfaction, as most respondents feel they receive their money's worth, and 100% say the vendor avoids charging for every little thing. The vendor is highlighted for their proactive communication about upgrades and their strong road

*Limited data

### Proactive Service vs. Quality of Phone/Web Support



Proactive service (1–9 scale [n=23])    Hollow circle=limited data

Clarify Health Solutions

MedeAnalytics    MedInsight

Market average

Quality of phone/web support (1–9 scale [n=24])

KLAS0005

map that is aligned with customer goals. While expressing satisfaction with the product's capabilities, some respondents feel it has a steep learning curve and is not easy for users to pick up without training; for example, users sometimes have difficulty manipulating data into a shareable format. A couple of customers report a lack of integration—one is still trying to achieve interfaces that were promised during the sales process, and another manually downloads data to their own servers as a workaround.



> "Clarify Health Solutions is an excellent company and has excellent data. The team is amazingly supportive. I get to talk to every executive. The vendor calls me about the development of new modules and software. They regularly ask me what I would like them to build. That is pretty phenomenal. Clarify Health Solutions does a good job regarding the delivery of new technology that meets my needs. The vendor is amazing with support." —VP/other executive



**KLAS Will Soon Add Risk Adjustment Analytics Vendors to This Space**

As research into data analytics vendors continues, KLAS wants to ensure we categorize vendors in a way that best reflects the market and needs of payer organizations. Historically, vendors that focused on risk adjustment analytics have been measured in a different market segment; however, those vendors will soon be measured alongside vendors in this market segment to provide a more comprehensive look at vendors offering data analytics for payer organizations. See the Risk Adjustment 2024 report for more information on the vendors being added to this space.

## Other Validated Payer Data Analytics Vendors

In addition to the vendors measured in this report, KLAS has validated several other vendors who offer data analytics platforms for payer organizations. While performance data is insufficient to include in this report, KLAS will continue to collect insights on vendors in this space for future reports.

| Vendor | Description |
|---|---|
|  ARCADIA® CareJourney | Arcadia acquired CareJourney in 2024 to help deepen their healthcare data analytics capabilities. Vendor has put increased emphasis on improving support for analytics customers, and KLAS has validated payer organizations using Arcadia's data platform for risk adjustment to close gaps at the point of care. Future reporting will share insights into how customers have been impacted by the CareJourney acquisition. |
| CEDAR GATE TECHNOLOGIES® | Vendor has an analytics solution for payers, and KLAS has validated customers' experience in the past. However, performance data is now insufficient, as the vendor has declined to share a customer list to supplement KLAS' research efforts. |
| cognizant | Vendor has a broad portfolio of offerings for both payer and provider customers. KLAS has not yet validated the experience of payers using Cognizant's data and analytics platform, but insights into customers' experience will be shared in an upcoming report providing a comprehensive view of the vendor's offerings. |
| COTIVITI | Platform is seen as a mature offering and is used by some of the largest health plans in the country. Vendor has a strong market presence with their quality and payment integrity solutions, so those customers often consider using Medical Intelligence. Some are also validated as using Cotiviti for risk adjustment. |
| innovaccer | KLAS has begun gathering research on Innovaccer's Healthcare Data Platform for payer customers. Vendor also has KLAS-validated customers using their risk adjustment solution. |
|  IQVIA | Vendor sells their EHR internationally, which KLAS has validated. Additionally, IQVIA offers a payer analytics suite, which KLAS has not yet validated among customers. |

KLAS0006

**KLAS** RESEARCH    This material is copyrighted. Any organization gaining unauthorized access to this report will be liable to compensate KLAS for the full retail price. Please see the KLAS DATA USE POLICY for information regarding use of this report. © 2025 KLAS Enterprises, LLC. All Rights Reserved.

# Report Information



Share your experience with peers.
Take a short survey about your data analytics
technology.

## About This Report

Each year, KLAS interviews thousands of healthcare professionals about the IT solutions and services their organizations use. For this report, interviews were conducted over the last 12 months using KLAS **standard quantitative evaluation** for healthcare software, which is composed of 16 numeric ratings questions and 4 yes/no questions, all weighted equally. Combined, the ratings for these questions make up the overall performance score, which is measured on a 100-point scale. The questions are organized into six customer experience pillars—culture, loyalty, operations, product, relationship, and value.

### Customer Experience Pillars

| Category | Culture | Loyalty | Operations | Product | Relationship | Value |
|---|---|---|---|---|---|---|
| Standard software evaluation metrics | Keeps all promises<br><br>Proactive service<br><br>Product works as promoted | Forecasted satisfaction<br><br>Likely to recommend<br><br>Overall satisfaction<br><br>Part of long-term plans<br><br>Would you buy again | Ease of use<br><br>Quality of implementation<br><br>Quality of training | Delivery of new technology<br><br>Overall product quality<br><br>Product has needed functionality<br><br>Supports integration goals | Executive involvement<br><br>Quality of phone/ web support | Avoids charging for every little thing<br><br>Drives tangible outcomes<br><br>Money's worth |

In addition to the standard evaluation, KLAS asked the following **supplementary questions** specific to the payer data analytics market:
1. What lines of business are you currently using this vendor's platform for?
2. Which capabilities are you utilizing within your vendor's payer analytics platform?
3. Which use cases/areas are you using this vendor's analytics platform for?

## Sample Sizes

Unless otherwise noted, sample sizes displayed throughout this report (e.g., n=16) represent the total number of *unique customer organizations* interviewed for a given vendor or solution. However, it should be noted that to allow for the representation of differing perspectives within any one customer organization, samples may include surveys from different individuals at the same organization. The following table shows the total number of unique organizations interviewed for each vendor or solution as well as the total number of individual respondents.

Some respondents choose not to answer particular questions, meaning the sample size for any given vendor or solution can change from question to question. When the number of *unique organization* responses for a particular question is less than 6, the score for that question is marked with an asterisk (*) or otherwise designated as "limited data." If the sample size is less than 3, no score is shown. Where textual content relies on limited data, the vendor name is marked with an asterisk. Note that when a vendor has a low number of reporting sites, the possibility exists for KLAS scores to change significantly as new surveys are collected.

Note: Some organizations may have rated more than one product.

| | Standard Evaluations | | Supplemental Questions | | |
|---|---|---|---|---|---|
| | # of unique organizations | # of individual respondents | # of unique organizations | # of individual respondents | |
| Clarify Health Solutions† | 5 | 5 | 4 | 4 | <15 |
| MedeAnalytics | 6 | 6 | 6 | 6 | <15 |
| Medinsight | 13 | 13 | 13 | 13 | 75–100 |

†Clarify Health Solutions' sample includes both payer organizations and healthcare organizations.

KLAS0007

## Reader Responsibility

KLAS data and reports are a compilation of research gathered from websites, healthcare industry reports, interviews with healthcare, payer, and employer organization executives and managers, and interviews with vendor and consultant organizations. Data gathered from these sources includes strong opinions (which should not be interpreted as actual facts) reflecting the emotion of exceptional success and, at times, failure. The information is intended solely as a catalyst for a more meaningful and effective investigation on your organization's part and is not intended, nor should it be used, to replace your organization's due diligence.

KLAS data and reports represent the combined candid opinions of actual people from healthcare, payer, and employer organizations regarding how their vendors, products, and/or services perform against their organization's objectives and expectations. The findings presented are not meant to be conclusive data for an entire client base. Significant variables—including a respondent's role within their organization as well as the organization's type (rural, teaching, specialty, etc.), size, objectives, depth/breadth of software use, software version, and system infrastructure/network—impact opinions and preclude an exact apples-to-apples comparison or a finely tuned statistical analysis.

KLAS makes significant effort to identify all organizations within a vendor's customer base so that KLAS scores are based on a representative random sample. However, since not all vendors share complete customer lists and some customers decline to participate, KLAS cannot claim a random representative sample for each solution. Therefore, while KLAS scores should be interpreted as KLAS' best effort to quantify the customer experience for each solution measured, they may contain both quantifiable and unidentifiable variation.

We encourage our clients, friends, and partners using KLAS research data to take into account these variables as they include KLAS data with their own due diligence. For frequently asked questions about KLAS methodology, please refer to klasresearch.com/faq.

## Copyright Infringement Warning

This report and its contents are copyright-protected works and are intended solely for your organization. Any other organization, consultant, investment company, or vendor enabling or obtaining unauthorized access to this report will be liable for all damages associated with copyright infringement, which may include the full price of the report and/or attorney fees. For information regarding your specific obligations, please refer to klasresearch.com/data-use-policy.

## Note

Performance scores may change significantly when additional organizations are interviewed, especially when the existing sample size is limited, as in an emerging market with a small number of live clients.



**CO-AUTHOR**
**Tyson Blauer**
tyson.blauer@KLASresearch.com



**CO-AUTHOR**
**Jennifer Hickenlooper**
jennifer.hickenlooper@KLASresearch.com



**CO-AUTHOR**
**Bradley Hunter**
bradley.hunter@KLASresearch.com



**WRITER**
**Carlisa Cramer**



**DESIGNER**
**Kath Spencer**



**PROJECT MANAGER**
**Drew Wright**



**Our Mission**

Improving the world's healthcare through collaboration, insights, and transparency.

365 S. Garden Grove Lane, Suite 300
Pleasant Grove, UT 84062

Ph: (800) 920-4109

For more information about KLAS, please visit our website:
www.KLASresearch.com

Cover image:
© ImageFlow / Adobe Stock

KLAS0008



# Expanded Insights

KLAS0009

EXPANDED INSIGHTS

**Figure 1** **Reported Use Cases** Percentage of respondents who report use case
Vendors ordered alphabetically



Note: Other was left unspecified.

**Figure 2** **Reported Capabilities in Use** Percentage of respondents who report using capability
Vendors ordered alphabetically



Note: "Other" includes the use of the data mart (the SQL server) for queries.

† Analytics includes front-end visual displays of data that inform decision-making, while advanced analytics includes predictive analytics, and machine learning/natural language processing."

**Figure 3** **Reported Business Lines in Use** Percentage of respondents who report using software for business line
Vendors ordered alphabetically

Note: "Other" includes administrative services only (ASO), missionary groups, and student groups.



# Vendor Insights

KLAS0011

# Clarify Health Solutions

Figure 4      **Clarify Health Solutions—Performance Scorecard**
(n=6)                                                                                                 *Limited data



| Overall performance score (100-point scale) | Culture | Loyalty | Operations | Product | Relationship | Value |
|---|---|---|---|---|---|---|
| 89.3* | B+* | A+* | B* | B* | A* | A* |

Customer experience pillars

Software grading scale (100-point scale)

Figure 5      **Clarify Health Solutions—Standard Numeric Indicators**
(1–9 scale)



Customer experience pillars

| | | | Clarify Health Solutions / Market average | *Limited data |
|---|---|---|---|---|
| Culture | Proactive service | (n=6) | 8.4* | |
| | Product works as promoted | (n=5) | 7.8* | |
| | Forecasted overall satisfaction | (n=6) | 8.2* | |
| Loyalty | Likely to recommend | (n=5) | 8.8* | |
| | Overall satisfaction | (n=5) | 8.0* | |
| | Ease of use | (n=6) | 7.0* | |
| Operations | Quality of implementation | (n=5) | 7.4* | |
| | Quality of training | (n=6) | 7.8* | |
| | Delivery of new technology | (n=5) | 8.0* | |
| Product | Overall product quality | (n=5) | 7.6* | |
| | Product has needed functionality | (n=6) | 7.6* | |
| | Supports integration goals | (n=4) | 6.5* | |
| Relationship | Executive involvement | (n=5) | 7.8* | |
| | Quality of phone/web support | (n=5) | 9.0* | |
| Value | Drives tangible outcomes | (n=4) | 8.5* | |
| | Money's worth | (n=6) | 8.0* | |

1.0                                                                        9.0

Figure 6      **Clarify Health Solutions—Standard Yes/No Indicators**
Percentage of respondents who answered yes; percentages are calculated based on individual respondent counts, not unique organizations



Customer experience pillars

| | | | Clarify Health Solutions / Market average | *Limited data |
|---|---|---|---|---|
| Culture | Keeps all promises | (n=5) | 80%* | |
| Loyalty | Part of long-term plans | (n=5) | 100%* | |
| | Would you buy again | (n=5) | 100%* | |
| Value | Avoids charging for every little thing | (n=5) | 100%* | |

0%                                                                        100%

KLAS0012      11

## MedeAnalytics

Figure 7    **MedeAnalytics —Performance Scorecard**
(n=6)



| Overall performance score (100-point scale) | Culture | Loyalty | Operations | Product | Relationship | Value |
|---|---|---|---|---|---|---|
| | | | Customer experience pillars | | | |
| 87.1 | B | A | B- | B | A- | A |

Software grading scale (100-point scale)
A+ = 96.0+      B+ = 85.0-87.9    C+ = 75.0-77.9    D+ = 65.0-67.9    F = 58.0
A  = 91.0-95.9   B  = 81.0-84.9    C  = 71.0-74.9    D  = 61.0-64.9
A- = 88.0-90.9   B- = 78.0-80.9    C- = 68.0-70.9    D- = 58.0-60.9

Figure 8    **MedeAnalytics —Standard Numeric Indicators**
(1–9 scale)



Customer experience pillars

■ MedeAnalytics
■ Market average                                          *Limited data

| Pillar | Indicator | (n) | Score |
|---|---|---|---|
| Culture | Proactive service | (n=6) | 7.5 |
| | Product works as promoted | (n=6) | 7.8 |
| | Forecasted overall satisfaction | (n=6) | 7.8 |
| Loyalty | Likely to recommend | (n=6) | 8.2 |
| | Overall satisfaction | (n=6) | 8.0 |
| | Ease of use | (n=6) | 7.5 |
| Operations | Quality of implementation | (n=6) | 7.2 |
| | Quality of training | (n=6) | 6.4* |
| | Delivery of new technology | (n=6) | 7.2 |
| Product | Overall product quality | (n=6) | 7.7 |
| | Product has needed functionality | (n=6) | 7.5 |
| | Supports integration goals | (n=6) | 7.5 |
| Relationship | Executive involvement | (n=6) | 8.3 |
| | Quality of phone/web support | (n=6) | 8.0 |
| Value | Drives tangible outcomes | (n=6) | 7.5 |
| | Money's worth | (n=6) | 8.2 |

1.0                                                        9.0

Figure 9    **MedeAnalytics —Standard Yes/No Indicators**
Percentage of respondents who answered yes; percentages are calculated based on individual respondent counts, not unique organizations

Customer experience pillars

■ MedeAnalytics
■ Market average                                          *Limited data



| Pillar | Indicator | (n) | Percentage |
|---|---|---|---|
| Culture | Keeps all promises | (n=6) | 83% |
| Loyalty | Part of long-term plans | (n=5) | 100%* |
| | Would you buy again | (n=6) | 100% |
| Value | Avoids charging for every little thing | (n=5) | 100%* |

0%                                                        100%

# MedInsight

**Figure 10**    **MedInsight—Performance Scorecard**
(n=13)



| Overall performance score (100-point scale) | Culture | Loyalty | Operations | Product | Relationship | Value |
|---|---|---|---|---|---|---|
| | | | Customer experience pillars | | | |
| 85.8 | B+ | B+ | B | B | A- | B+ |

Software grading scale (100-point scale)

A+ = 96.0+     B+ = 86.0-87.9     C+ = 76.0-77.9     D+ = 66.0-67.9     F = 58.0
A = 91.0-94.9     B = 81.0-84.9     C = 71.0-74.9     D = 61.0-64.9
A- = 88.0-79.9     B- = 78.0-80.9     C- = 68.0-70.9     D- = 58.0-60.9

**Figure 11**    **MedInsight—Standard Numeric Indicators**
(1–9 scale)

Customer experience pillars

☒ MedInsight
▦ Market average



| Pillar | Indicator | | Value |
|---|---|---|---|
| Culture | Proactive service | (n=12) | 7.5 |
| | Product works as promoted | (n=12) | 8.1 |
| | Forecasted overall satisfaction | (n=13) | 7.9 |
| Loyalty | Likely to recommend | (n=13) | 7.5 |
| | Overall satisfaction | (n=13) | 7.9 |
| | Ease of use | (n=12) | 8.1 |
| Operations | Quality of implementation | (n=13) | 7.6 |
| | Quality of training | (n=13) | 7.0 |
| | Delivery of new technology | (n=10) | 6.6 |
| Product | Overall product quality | (n=13) | 8.1 |
| | Product has needed functionality | (n=13) | 7.2 |
| | Supports integration goals | (n=13) | 7.5 |
| Relationship | Executive involvement | (n=12) | 7.8 |
| | Quality of phone/web support | (n=13) | 8.4 |
| Value | Drives tangible outcomes | (n=13) | 7.8 |
| | Money's worth | (n=13) | 7.5 |

1.0     9.0

**Figure 12**    **MedInsight—Standard Yes/No Indicators**
Percentage of respondents who answered yes; percentages are calculated based on individual respondent counts, not unique organizations

Customer experience pillars

☒ MedInsight
▦ Market average



| Pillar | Indicator | | Value |
|---|---|---|---|
| Culture | Keeps all promises | (n=13) | 85% |
| Loyalty | Part of long-term plans | (n=13) | 85% |
| | Would you buy again | (n=13) | 92% |
| Value | Avoids charging for every little thing | (n=13) | 92% |

0%     100%

KLAS0014    13



# Data Index

KLAS0015

DATA INDEX

**Figure 13**

**Overall Performance Score**
(100-point scale)



**Figure 14**

**Proactive Service**
(1–9 scale)



**Figure 15**

**Product Works as Promoted**
(1–9 scale)



Figure 16    **Forecasted Overall Satisfaction**
(1–9 scale)



Figure 17    **Likely to Recommend**
(1–9 scale)



Figure 18    **Overall Satisfaction**
(1–9 scale)



Figure 19    **Ease of Use**
(1–9 scale)



Figure 20    **Quality of Implementation**
(1–9 scale)



Figure 21    **Quality of Training**
(1–9 scale)



DATA INDEX

Figure 22    **Delivery of New Technology**
(1–9 scale)



Figure 23    **Overall Product Quality**
(1–9 scale)



Figure 24    **Product Has Needed Functionality**
(1–9 scale)



DATA INDEX

Figure 25    **Supports Integration Goals**
(1–9 scale)



Figure 26    **Executive Involvement**
(1–9 scale)



Figure 27    **Quality of Phone/Web Support**
(1–9 scale)



KLAS0020    19

Figure 28 **Drives Tangible Outcomes**
(1–9 scale)



Figure 29 **Money's Worth**
(1–9 scale)



Figure 30 **Keeps All Promises**
Percentage of respondents who answered yes; percentages are calculated based on individual respondent counts, not unique organizations



Figure 31   **Part of Long-Term Plans**
Percentage of respondents who answered yes; percentages are calculated based on individual respondent counts, not unique organizations



Figure 32   **Would You Buy Again**
Percentage of respondents who answered yes; percentages are calculated based on individual respondent counts, not unique organizations



Figure 33   **Avoids Charging for Every Little Thing**
Percentage of respondents who answered yes; percentages are calculated based on individual respondent counts, not unique organizations



KLAS0022