# CRAVATH

Lauren A. Moskowitz
lmoskowitz@cravath.com
T+1-212-474-1648
New York

May 1, 2026

Particle Health Inc. v. Epic Systems Corporation, No. 24-cv-07174-NRB (S.D.N.Y.)

Dear Judge Buchwald:

I write on behalf of Epic Systems Corporation ("Epic") regarding Particle Health Inc.'s ("Particle") May 1, 2026 letter (Dkt. No. 83) that purports to respond to Epic's April 30, 2026 letter submitting that the appropriate next step is for Epic to move for summary judgment on Particle's antitrust market definition and requesting a pre-motion conference to do so (Dkt. No. 78).

The scheduling order set by the Court on November 13, 2025 set a deadline for the parties to "Submit Letters re:  Proposed Next Steps" following Phase I discovery, and did not contemplate responsive submissions.  (*See* Dkt. No. 56; *see also* Dkt. No. 73 at 2.)  Epic sought to confirm its understanding that the Court's Order did not contemplate responsive submissions with Particle during the parties' April 29, 2026 meet and confer, and Particle agreed.  Particle nonetheless informed Epic on May 1, 2026 at 3:14 PM ET that it intended to "flag certain issues for the Court" in a submission later today and failed to seek leave from the Court to do so.

Accordingly, Epic respectfully submits that Particle's May 1, 2026 letter is improper and requests that the Court grant Epic leave to file a response by Tuesday, May 5, 2026.

Respectfully submitted,

*/s/ Lauren A. Moskowitz*

Lauren A. Moskowitz

The Honorable Naomi Reice Buchwald
    United States Courthouse
        500 Pearl St.
            New York, NY 10007-1312

Copies To:

All Counsel of Record

BY ECF

Application granted.  Defendant's
response shall by filed by May 5, 2026.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:    May 4, 2026
          New York, New York

NEW YORK                LONDON              WASHINGTON, D.C.        CRAVATH, SWAINE & MOORE LLP
Two Manhattan West      100 Cheapside       1601 K Street NW
375 Ninth Avenue        London, EC2V 6DT    Washington, D.C. 20006
New York, NY 10001      T+44-20-7453-1000   T+1-202-869-7700
T+1-212-474-1000        F+44-20-7860-1150   F+1-202-869-7600
F+1-212-474-3700