**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PARTICLE HEALTH INC.,

                    Plaintiff,

        vs.

EPIC SYSTEMS CORPORATION,

                    Defendant.

Civil Action No. 1:24-cv-07174-NRB

---

**CERTIFICATE OF SERVICE**

I, Madalyn G. Vaughn, hereby certify and state that on May 5, 2026, I caused true and correct copies of the following documents to be served on all counsel of record via electronic transfer, as agreed upon by counsel:

- Defendant Epic Systems Corporation's Letter Response to Particle Health Inc.'s April 30, 2026 and May 1, 2026 letters, and accompanying Exhibits 1-3 (Dkt. No. 89)

Dated: May 5, 2026

Respectfully Submitted,

*/s/ Madalyn G. Vaughn*

Madalyn G. Vaughn