**quinn emanuel** **trial lawyers | new york**
295 5th Avenue, New York, New York 10016 | TEL (212) 849-7000 FAX (212) 849-7100

September 3, 2026

WRITER'S EMAIL ADDRESS
**adamwolfson@quinnemanuel.com**

**VIA ECF**

The Honorable Naomi Reice Buchwald
United States Courthouse, 500 Pearl St.
New York, NY 10007-1312

Re: *Particle Health Inc. v. Epic Systems Corporation*, 1:24-cv-07174-NRB (S.D.N.Y.)

Dear Judge Buchwald:

We write on behalf of Plaintiff Particle Health Inc. ("Particle") in the above-referenced matter and respectfully request a status conference regarding the parties' pending letters concerning the proposed next steps in this litigation.

On April 30, 2026, Particle submitted a letter proposing that this case, filed in September 2024, proceed to full discovery on Particle's surviving claims or, in the alternative, requested a conference with the Court. (Dkt. 77). That same day, Defendant Epic Systems Corporation ("Epic") submitted a letter motion requesting a pre-motion conference to seek summary judgment on Particle's antitrust market definition. (Dkt. 78). Per the Court's May 27, 2026 Order (Dkt. 92), the parties submitted subsequent letters answering the Court's additional questions regarding the April 30 requests on June 5, 2026. (Dkt. 94, 97).

Particle continues to believe that the case should proceed to full discovery and respectfully requests a status conference at the Court's convenience. Counsel is available should the Court require any additional information or would like any further questions answered before ruling on the parties' April 30 requests.

Respectfully submitted,

*/s/ Adam B. Wolfson*
Adam B. Wolfson

Copies to:
All counsel of record