UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

(212) 805-0194

September 3, 2026

Lauren A. Moskowitz
Cravath, Swaine & Moore LLP
375 Ninth Avenue
Two Manhattan West
New York, NY 10001

Adam B. Wolfson
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
Los Angeles, CA 90017

**Re: Particle Health Inc. v. Epic Systems Corporation**
**24 Civ. 7174 (NRB)**

Dear Counsel:

The Court is in receipt of the parties' letters of April 30, May 1, May 5, and June 5, 2026, ECF Nos. 79, 80, 84, 90, 95, and 98, setting forth each party's proposed next steps after the completion of Phase I discovery and responding to the Court's clarifying questions concerning those proposals. The Court is similarly in receipt of Particle's letter of September 2, 2026, requesting a status conference regarding the pending letters, ECF No. 100. The Court has devoted considerable time to reviewing the letters and considering the arguments. The Court regrets that the press of other matters prevented us from responding sooner.

Regrettably, the parties' letters did not provide the desired clarity that would lead the Court to conclude that a motion for summary judgment would be appropriate at this time. Accordingly, the parties are directed to confer on and submit a proposed schedule for concluding fact and expert discovery. Particle has represented to the Court that it "anticipates a short fact and expert discovery" that can be completed "efficiently." ECF Nos. 80 at 5, 95 at 3. The parties' proposed schedule should accord with these representations.

Very truly yours,

Naomi Reice Buchwald
United States District Judge

cc: All counsel of record (by ECF)