UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
PARTICLE HEALTH INC.,

Plaintiff,

- against -

EPIC SYSTEMS CORP.,

Defendant.

--------------------------------------X

**ORDER GRANTING MOTIONS TO SEAL**

24 Civ. 7174 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on March 20, 2026, plaintiff Particle Health Inc. ("plaintiff") filed a letter motion seeking to file under seal portions of its letter requesting a pre-motion conference, ECF No. 65; and

**WHEREAS** on March 25, 2026, defendant Epic Systems Corporation ("defendant") filed a letter motion seeking to file under seal portions of its letter opposing plaintiff's request for a pre-motion conference, ECF No. 68; and

**WHEREAS** on April 30, 2026, defendant filed a letter motion seeking to file under seal portions of its letter requesting a pre-motion conference, ECF No. 75; and

**WHEREAS** on April 30, 2026, plaintiff filed a letter motion seeking to file under seal portions of its letter containing its

proposal for next steps following targeted discovery, ECF No. 76; and

**WHEREAS** on May 1, 2026, plaintiff filed a letter motion seeking to file under seal portions of its letter responding to defendant's request for a pre-motion conference, ECF No. 82; and

**WHEREAS** on May 5, 2026, defendant filed a letter motion seeking to file under seal portions of its letter responding to plaintiff's letter responding to defendant's request for a pre-motion conference, ECF No. 88; and

**WHEREAS** on June 5, 2026, plaintiff filed a letter motion seeking to file under seal portions of its letter responding to the Court's letter, ECF No. 93; and

**WHEREAS** on June 5, 2026, defendant filed a letter motion seeking to file under seal portions of its letter responding to the Court's letter, ECF No. 96; and

**ORDERED** that the motions to seal are granted, subject to reconsideration should it eventuate that maintaining the desired confidentiality is inconsistent with the Court's ability to fully address the issues, mindful of the public's right to know; and it is further

**ORDERED** that the Clerk of Court terminate the motions pending at ECF Nos. 65, 68, 75, 76, 82, 88, 93, and 96.

Dated: September 4, 2026
New York, New York

Naomi Reice Buchwald

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE